## IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| KEVIN W. LANE | Case No.: 24-22026 |
| Debtor | Chapter: 13 |

KEVIN W. LANE

    Plaintiff

    v.

Adv. Proc. No.: 25-02041-JCM

SPRING OAKS CAPITAL SPV, LLC and

PNC BANK, N.A.

    Defendants

### AGREED ORDER EXTENDING TIME FOR PNC BANK, N.A. TO RESPOND TO PLANTIFF'S AMENDED COMPLAINT

NOW come the parties, by and through their undersigned counsel, Ryan W. Johnson, Esq., and Jeffrey M. Stacko, Esq., and agree to an extension of time for Defendant, PNC Bank, N.A., to file a response to Plaintiff's Amended Complaint in the above-captioned adversary proceeding, up to and including September 23, 2025, and the Court being sufficiently advised,

**IT IS ORDERED** that Defendant, PNC Bank, N.A., shall be given an extension of time to file a response to Plaintiff's Amended Complaint, up to and including September 23, 2025.

Dated:_____

                                                                        John C. Melaragno, Judge
                                                                       United States Bankruptcy Court

Respectfully submitted,

Dated: September 16, 2025

*/s/ Jeffrey M. Stacko*
Jeffrey M. Stacko, Esq. (PA ID No. 314941)
Dinsmore & Shohl, LLP
Six PPG Place, Suite 1300
Pittsburgh, PA 15222
Phone: (412) 230-8980
Fax: (412) 281-5055
jeffrey.stacko@dinsmore.com
*Attorney for Defendant*,
*PNC Bank, N.A.*

*/s/ J. Alexander Gardner*
J. Alexander Gardner, Esq. (Admitted *pro hac vice*)
Dinsmore & Shohl, LLP
101 S. Fifth Street, Suite 2500
Louisville, KY 40202
Telephone: (502) 540-2564
Facsimile: (502) 585-2207
alex.gardner@dinsmore.com
KY Bar No. 101073
*Attorney for Defendant*,
*PNC Bank, N.A.*

*/s/ Ryan W. Johnson (with permission)*
Ryan W. Johnson
Johnson Legal Services, PLLC
1049 Market Street
Wheeling, WV 26003
Telephone: (304) 212-4950
Johnson.legal.services.pllc@gmail.com
PA Bar No. 332947
*Attorney for Plaintiff,*
*Kevin W. Lane*

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

KEVIN W. LANE                                                Case No.: 24-22026

    Debtor                                              Chapter: 13

---

KEVIN W. LANE

    Plaintiff

    v.

                                              Adv. Proc. No.: 25-02041-JCM

SPRING OAKS CAPITAL SPV, LLC and

PNC BANK, N.A.

    Defendants

---

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served to all counsel of record via the Court's ECF notification on September 16, 2025.

                                                */s/ Jeffrey M. Stacko*
                                                Jeffrey M. Stacko, Esq.